In the Matter of the Claim of PHILIP RUSSO, Respondent, v. ART STEEL COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.